UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GRANT F. SMITH, *PRO SE*  )
                          )
            *Plaintiff*,  )
                          )   Case: 1:19-cv-02516
vs.                       )   Assigned To : Contreras, Rudolph
                          )   Assign. Date : 8/20/2019
Internal Revenue Service  )   Description: FOIA/Privacy Act (I-DECK)
1111 Constitution Avenue, NW )
Washington, DC 20224      )
                          )
            *Defendants*

# MOTION FOR PERMISSION TO USE POST OFFICE BOX AND AGENT ADDRESS

1. The Plaintiff has filed a complaint related to FOIA.

2. Most of Plaintiff's administrative and legal correspondence relating to FOIA has been channeled through IRmep, Calvert Station, PO Box 32041, Washington DC for administrative purposes.

3. The Plaintiff has been granted the right to use this address on FOIA-related legal filings by this court previously.

4. The Plaintiff receives process service through IRmep, 1100 H ST NW Suite 840 Washington, DC 20005

5. The Plaintiff continues to be a resident of the District of Columbia at the address 4101 Davis PL NW #2, Washington, DC 20007.



**RECEIVED**

AUG 2 0 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

- 2 -

6. The Plaintiff wishes to comply with Local Civil Rule 5.1(e) requiring that a bona fide name, address and phone number appears in the complaint, ECF, motions and other filings.

WHEREFORE Plaintiff respectfully requests that this Court grant leave for the Plaintiff use a POST OFFICE Box address and the address of the Plaintiff's agent contracted to receive process along with his name and phone number. Both have been in use for over a decade.

Respectfully submitted,

Grant F. Smith, *PRO SE*
IRmep
P.O. Box 32041
Washington, D.C. 20007

For process service:

Grant F. Smith c/o IRmep
1100 H St. NW Suite 840
Washington, D.C. 20005

(202) 342-7325

Dated:      August 20, 2019